UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**AMBER MARIE CLARK,**

    **Plaintiff,**

**v.**                                            Case No. 3:24-cv-416-TKW/ZCB

**DEPARTMENT OF CHILDREN AND
FAMILY'S FLORIDA,**

    **Defendant.**

_____/

## **ORDER**

    The magistrate judge recommended that this case be dismissed without prejudice because Defendant is immune from suit in federal court under the Eleventh Amendment. *See* Doc. 5. Plaintiff filed an objection (Doc. 6) that argued the merits of the case and did not address the jurisdictional problem identified by the magistrate judge. The Court cannot consider the merits of the case if it does not have jurisdiction, and on the jurisdictional issue, the Court agrees with the analysis in the Report and Recommendation.

    Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice under 28 U.S.C. §1915(e)(2)(B).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 7th day of October, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**